**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GEORGE LEE COLE JR., | Case No. 1:25-cv-0272 KES EPG (PC) |
| Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, DISMISSING THE ACTION WITHOUT PREJUDICE, AND DIRECTING THE CLERK OF COURT TO CLOSE THIS CASE |
| v. | |
| CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION et al., | |
| | Doc. 27 |
| Defendants. | |

George Lee Cole Jr. is a state parolee proceeding pro se and in this civil rights action, which he initiated by filing a complaint in the Central District of California.  After the Central District transferred the action to the Eastern District, this court issued its Informational Order, which included an order to "keep the Court and opposing parties informed of [his] correct current address."  Doc. 12 at 5.

After the court's mail was returned as undeliverable on October 25, 2025, the magistrate judge found Cole failed to comply with the Informational Order and failed to comply with the requirements of Local Rule 183(b), which also requires a pro se plaintiff to keep the court informed of his current address.  Doc. 27 at 2.  The magistrate judge found terminating sanctions were appropriate after considering the factors identified by the Ninth Circuit in *Pagtalunan v. Galaza*, 291 F.3d 639, 642 (9th Cir. 2002) and *Ferdik v. Bonzelet*, 963 F.2d 1258, 1260-61 (9th

1

Cir. 1992). *Id.* at 3-4. The magistrate judge recommended the court dismiss the action without prejudice. *Id.* at 4.

The court served the findings and recommendations upon Cole at the only address on record and informed him that any objections were due within 30 days. Doc. 27 at 4. The Postal Service has not returned the court's mail, and it is unclear whether Cole received the document. Nevertheless, service is deemed fully effective pursuant to Local Rule 182(f).

Pursuant to 28 U.S.C. § 636(b)(1), this court conducted a de novo review of the case. Having carefully reviewed the entire matter, the court concludes the findings and recommendations are supported by the record and proper analysis. To date, Cole has not filed a notice of change of address or otherwise communicated with the court to continue prosecuting this action. Thus, the court **ORDERS**:

1. The findings and recommendations issued on December 22, 2025 (Doc. 27), are **ADOPTED** in full.

2. This action is **DISMISSED** without prejudice.

3. The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated:   February 12, 2026

_____
UNITED STATES DISTRICT JUDGE

2